STEVE K. WASSERMAN, ESQ. (Bar No. 58573)
  swasserman@wccelaw.com
KATHRYN S. MARSHALL (Bar No. 175081)
  kmarshall@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for Plaintiff, BONITA FABRICS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BONITA FABRICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROSS STORES, INC.; JAPNA, INC.; SAHEJ CORPORATION and DOES 1 through 10, <br><br> Defendants. | CASE NO. CV 10-7712 GW (MANx) <br><br> *Assigned to the Honorable George H. Wu, Courtroom 10* <br><br> **ORDER TO STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANT JAPNA, INC.** <br><br> Complaint Filed: October 14, 2010 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

BASED UPON THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that any person or party subject to this Order shall adhere to the following:

993672.1

<mark>WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033</mark>

# STIPULATED PERMANENT INJUNCTION

NOW, THEREFORE, IT IS AGREED AND STIPULATED by Bonita Fabrics, Inc. and Japna, Inc. that Japna, Inc. and its officers, agents, employees, representatives, and all persons acting in concert or participating with them, are permanently enjoined and restrained from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any of the following acts:

1. manufacturing, importing, purchasing, selling, and/or distributing the Accused Garments and/or any products (including fabric and/or garments) which bear the same floral design that was used on the Accused Garments (as that term is defined in the parties' Stipulated Permanent Injunction dated June 23, 2011).

IT IS SO ORDERED.

DATED: July 7. 2011

*George H. Wu* (signature)

GEORGE H. WU, U.S. DISTRICT JUDGE

# CERTIFICATION OF SERVICE

I hereby certify that on July 5, 2011, I electronically filed [PROPOSED] ORDER TO STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANT JAPNA, INC. with the Clerk of the Court by using the CM/ECF system.

Respectfully Submitted,

*/s/Kathryn S. Marshall*
KATHRYN S. MARSHALL